

**Asher Cohen, PLLC**

2377 56th Dr,

Brooklyn, New York 11234

Tel.: +1 (718) 914-9694

Email: acohen@ashercohenlaw.com

**VIA ECF**
Hon. Judge Diane Gujarati
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

December 4, 2024

    Re:    <u>Case no. 1:24-cv-6667, Raheel V. Savor Beauty, Inc.</u>
              <u>Notice of Settlement</u>

Dear Judge Gujarati:

    The undersigned represents Aisha Raheel, the plaintiff in the above-referenced matter.

    I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

    Thank you for your time and consideration on this matter.

                                                      Respectfully Submitted,

                                                      Asher H. Cohen, Esq.
                                                      *Attorney for Plaintiff*

